

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2024

No. 04-24-00643-CR

Demetriss Montel **GREEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 23-1922-CR-B
Honorable Gary L. Steel, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on December 11, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2024.

_____
Luz Estrada, Chief Deputy Clerk